UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL B. KENNEDY,**

    **Plaintiff,**

**v.**                                          Case No: 6:20-cv-210-Orl-41DCI

**RON DESANTIS, ILHAN OMAR,**
**KESHIA TLAIB and ALEXANDRIA**
**OCASIO-CORTEZ,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Affidavit of Indigency (Doc. 2), which is construed as a motion to proceed *in forma pauperis*. United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 6), in which he recommends that the Motion be denied and the Complaint (Doc. 1) be dismissed with prejudice. Judge Irick reached this conclusion after analyzing the Complaint and finding that it to be "wholly insubstantial and frivolous." (Doc. 6 at 3).

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis set forth in the Report and Recommendation.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Affidavit of Indigency (Doc. 2), construed as a motion to proceed *in forma pauperis*, is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED with prejudice**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 11, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party